**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

INTERNATIONAL INSURANCE
COMPANY OF HANNOVER SE,

    Plaintiff,

v.                                                            CV 17-0825 RB/JHR

CONNORS & SONS CLASSY
CONSTRUCTION, LLC, et al.,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed September 20, 2018. (Doc. 21.) The parties were notified that objections were due within 14 days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court; and

2) the Motion to Dismiss, or in the Alternative, to Stay Proceedings (Doc. 9) is denied.

                                            _____
                                            ROBERT C. BRACK
                                            SENIOR U.S. DISTRICT JUDGE